UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS V. ROJAS,<br>　　　Plaintiff, | :<br>:<br>:　　CASE NO. 3:21-cv-573 (MPS)<br>: |
| v. | : |
| JESUS GUADARRAMA, et al.,<br>　　　Defendants. | :<br>:<br>:<br>:　　OCTOBER 29, 2021<br>: |

**RULING ON PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Luis V. Rojas has filed a motion to compel pursuant to Federal Rule of Civil Procedure 37(a) seeking responses to three interrogatories. Defendant Luis Colon objected to the questions.

Federal Rule of Civil Procedure 37 requires that a motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1). The plaintiff does not state in any motion that he contacted counsel in a good faith effort to resolve the issues. Thus, the motion is denied for failure to comply with the requirements of Rule 37(a).

The plaintiff's motion to compel [**ECF No. 34**] is **DENIED.**

**SO ORDERED** at Hartford, Connecticut, this 29 day of October 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Michael P. Shea
　　　　　　　　　　　　　　　　　　　United States District Judge